# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CYPRESS MANOR DRIVE TRUST,<br>                    Appellant,<br>vs.<br>BANK OF AMERICA, N.A.,<br>                    Respondent. | No. 77094 |

**FILED**

FEB 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Mark R. Denton, District Judge
     Janet Trost, Settlement Judge
     Kerry P. Faughnan
     Akerman LLP/Las Vegas
     Eighth District Court Clerk

19-08133